# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0907
_____

VERONICA JACOBS,

    Appellant,

v.

FAMILY DOLLAR DISTRIBUTION
CENTER and SEDGWICK CMS,

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Jacquelyn Newman, Judge.

Date of Accident:  May 9, 2023.

November 26, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Kole and Randall Porcher of Morgan & Morgan, Tallahassee, for Appellant.

Beatriz E. Justin and Benjamin M. Young of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Tampa, for Appellees.